# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC C. BURGIE,**
**ADC #120956**                                                                                       **PLAINTIFF**

**V.**                          **CASE NO. 5:19-cv-352-JM-BD**

**WENDY KELLY,** *et al*.                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere. After carefully considering Mr. Burgie's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Mr. Burgie is proceeding with failure-to-protect and deliberate-indifference-to-medical-needs claims against Defendants Barker-Walker and Jiles-Whitaker; failure-to-train and deliberate-indifference-to-his safety claims against Defendants Watson, Cashion, McHan, and Williams; retaliation claims against Defendants Cashion, McHan, Williams, Barker-Walker, and Jiles-Whitaker; and corrective-inaction claims against Defendant Wendy Kelly.

Mr. Burgie's claims of retaliation against Defendants Wendy Kelly, Andrews, Lawrence; and inadequate-medical-care claims against Defendants Chisle, Hargrave, and G. Kelly are DISMISSED, without prejudice.

Mr. Burgie's failure-to-investigate claims against Defendants Watson, McHan, Williams, Cashion, Johnson, Reed, Payne, and Redwood are DISMISSED, with

prejudice.

Defendants Andrew, Lawrence, Chisle, Hargrave, G. Kelly, Johnson, Reed, Payne, and Redwood are DISMISSED from this lawsuit.

Mr. Burgie's motion to clarify (#8) is DENIED as moot.

IT IS SO ORDERED, this 18th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE