# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC C. BURGIE,**
**ADC #120956**                                                                                         **PLAINTIFF**

**V.**                           **CASE NO. 5:19-CV-352-JM-BD**

**WENDY KELLEY,** *et al*.                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation to grant Plaintiff's motion to dismiss some of his claims. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff's motion to dismiss certain claims (Doc. No. 83) is GRANTED. Mr. Burgie's failure-to-train and deliberate-indifference-to-safety claims against Defendant Cashion and his retaliation claims against Defendants Jiles-Whitaker and Barker-Walker are DISMISSED, without prejudice.

IT IS SO ORDERED this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE