IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC C. BURGIE,**
**ADC #120956**                                                                                            **PLAINTIFF**

**V.**                          **CASE NO. 5:19-CV-352-JM-BD**

**WENDY KELLY,** *et al.*                                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition from Magistrate Judge Beth Deere to dismiss some claims and deny the pending motion to amend the complaint. (Doc. No. 109). Mr. Burgie filed timely objections. (Doc. No. 111). After reviewing the Partial Recommended Disposition, Mr. Burgie's objections, and making a *de* novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Burgie's motion to dismiss the retaliation claims against Defendant Williams (Doc. No. 105) is GRANTED. The claim is dismissed without prejudice.

Mr. Burgie's fourth motion to amend his complaint (Doc. No. 106) is DENIED.

IT IS SO ORDERED, this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE