**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERIC C. BURGIE                                                                    PLAINTIFF
ADC #120956

V.                                          NO. 5:19-cv-00352-JM-ERE

WENDY KELLEY, Former Director of ADC, *et al*.                    DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Edie R. Ervin. Plaintiff, currently represented by appointment counsel, has filed a motion for continuance pursuant to Rule 56(f) (Doc. 207) supported by his own declaration (Doc. 208). He has also filed a motion for order to relieve his counsel and for appointment of new counsel (Doc. No. 206). Plaintiff's concerns about his appointed counsel's efforts on his behalf and issues regarding discovery were the subject of a hearing before Magistrate Judge Ervin. (See Doc. No. 174.) The Court finds that Plaintiff has been given adequate opportunity to conduct discovery. Plaintiff has been represented by counsel who filed a substantive response to Defendants' motion for summary judgment on his behalf. After carefully considering the Recommendation and Plaintiff's pending motions and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Order to Relieve Counsel (Doc. 206) and Motion for Continuance (Doc. 207) are DENIED; ADC Defendants' motion for summary judgment (Doc. 177) is GRANTED. Mr. Burgie's remaining claims against Defendants

Jiles-Whittaker, Barker-Walker, Watson, McHan, Williams, Gibson, and Cashion are DISMISSED, with prejudice. Judgment will be entered separately.

Dated this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE