IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE                                                                                           PLAINTIFF
ADC #120956

V.                                    NO. 5:19-cv-00352-JM-ERE

WENDY KELLEY, Former Director of ADC, *et al*.                                  DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE